**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7565**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

KENNETH ANDRE BOONE,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:99-cr-00116-AWA-10)

_____

Submitted:  December 5, 2014      Decided:  December 12, 2014

_____

Before KING, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Andre Boone, Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Andre Boone appeals the district court's order denying his Fed. R. Civ. P. 65 motion filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Boone, No. 2:99-cr-00116-AWA-10 (E.D. Va. Sept. 10, 2014). We deny Boone's motion for urgent hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED